**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-6723**

---

WILLIAM H. GALVIN, JR.,

        Plaintiff - Appellant,

    v.

PERRYVILLE POLICE DEPARTMENT; OFFICER RICHIE HUFFSTUTLER,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:21-cv-01754-SAG)

---

Submitted:  October 26, 2022                    Decided:  November 23, 2022

---

Before HARRIS and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William H. Galvin, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William H. Galvin, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Galvin v. Perryville Police Dep't*, No. 1:21-cv-01754-SAG (D. Md. May 11, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*